IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) | Civil Action No. 1-05-1225 |
| ) vs. ) ) | |
| RIVER WAFFLES, LLC, and COLLIS FOODS, INC., d/b/a WAFFLE HOUSE RESTAURANT, ) ) ) ) ) | |
| Defendants. ) | |

## AGREED ORDER

It is hereby **AGREED** by the parties, for good cause shown, and **ORDERED** by the Court that the time for Defendant to Answer or otherwise plead is extended to and through November 15, 2005.

**ENTER:**

S. Thomas Anderson USMJ
United States District Judge  10-14-05

Approved for Entry:

Deidre Smith  By: Joe E. Manuel with permission
Deidre Smith, BPR #18499
Senior Trial Attorney
Equal Employment Opportunity Commission
1407 Union Avenue, Suite 621
Memphis, TN  38104
(901) 544-0140

Joe E. Manuel, BPR #006119
Attorney for Defendants
147 N. Market Street, Suite C
Chattanooga, TN  37405
(423) 266-3535

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  10-17-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 1:05-CV-01225 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

Katharine W. Kores
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Joe E. Manuel
LAW OFFICE OF JOE MANUEL
147 N. Market St.
Ste. C
Chattanooga, TN 37405

Deidre Smith
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Faye A. Williams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Honorable James Todd
US DISTRICT COURT