# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 1-05-1225 |
| vs. | )<br>)<br>) |
| RIVER WAFFLES, LLC, and COLLIS FOODS, INC., d/b/a WAFFLE HOUSE RESTAURANT, | )<br>)<br>)<br>) |
| Defendants. | ) |

## AGREED ORDER

It is hereby **AGREED** by the parties, for good cause shown, and **ORDERED** by the Court that the time for Defendant to Answer or otherwise plead is extended to and through January 3, 2006.

**ENTER:**

_S. Thomas Anderson USMJ_
United States District Judge

Approved for Entry:

_Deidre Smith_
Deidre Smith, BPR #18499
Senior Trial Attorney
Equal Employment Opportunity Commission
1407 Union Avenue, Suite 621
Memphis, TN 38104
(901) 544-0140

_Joe E. Manuel_
Joe E. Manuel, BPR #006119
Attorney for Defendants
147 N. Market Street, Suite C
Chattanooga, TN 37405
(423) 266-3535

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 11-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CV-01225 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Deidre Smith
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Katharine W. Kores
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Joe E. Manuel
LAW OFFICE OF JOE MANUEL
147 N. Market St.
Ste. C
Chattanooga, TN 37405

Faye A. Williams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Honorable James Todd
US DISTRICT COURT